IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

| | |
|---|---|
| RONNIE THEODORE WALTERS, <br><br> Petitioner, <br><br> v. <br><br> J.E. THOMPSON,[1] <br><br> Respondent. | Case No. 3:12 CV 1827-TC <br><br> O R D E R |

    Magistrate Judge Coffin filed his Findings and Recommendation on February 5, 2013. The matter is now before me. See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). No objections have been timely filed. This relieves me of my obligation to give the factual findings de novo review. Lorin Corp. v. Goto & Co., Ltd., 700 F.2d 1202, 1206 (9th Cir. 1982). See also Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983). Having reviewed the legal principles de novo, I find no error.

    THEREFORE, IT IS HEREBY ORDERED that, I adopt Judge Coffin's Findings and Recommendation.

    Dated this 12 day of March, 2013.

                                                                       Ann Aiken, United States District Judge

---

[1] Petitioner names Warden J.E. Thomas as the Respondent. However, petitioner's present custodian at SPC Sheridan is Warden Marian Feather.

Order -- Page 1